<mark>
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
</mark>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2021
```

------------------------------------------------------------------------X

WR and AR obo NR,

                          Plaintiffs,

         -against-

KATONAH LEWISBORO UNION FREE SCHOOL
DISTRICT,

                        Defendant.

------------------------------------------------------------------------X

**ORDER**

21 Civ. 883 (NSR)

      The Office of State Review is requested to place a copy of the Certified Administrative Record in the care and custody of counsel for Defendant. Defendant's counsel shall then provide the Court with an electronic copy of the Certified Administrative Record, which shall be filed under seal in accordance with Standing Order 9 Misc. 583 and the Court's Electronic Case Filing Rules and Instructions. Among other things, Defendant's counsel is directed to furnish sealed physical hard copies and electronic copies of the Certified Administrative Record to the Clerk of the Court, and the Clerk of the Court is directed to accept the sealed copies to be placed in the vault. In addition, Defendant's counsel shall provide Judge Román's chambers with: (1) an unredacted hard physical courtesy copy of the Certified Administrative Record; (2) an electronic courtesy copy placed on a hard-drive or other storage device; and (3) an email to Chambers containing an electronic copy of the Certified Administrative Record to extent feesible.

      The Clerk of the Court is further directed to terminate the Motion at ECF No. 13.

Dated: May 28, 2021
       White Plains, New York

**SO ORDERED:**

_____
NELSON S. ROMÁN
United States District Judge