USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2021

**Memorandum Endorsement**

*WR, et al., v. Katonah Lewisboro School District*, 21-cv-883-NSR

On May 11, 2021, the Court entered an Endorsement establishing a briefing schedule for the parties' motion and cross-motion for summary judgment.  In relevant part, the parties were directed to serve their moving papers on June 18, 2021, opposition papers on August 2, 2021, and reply papers on September 1, 2021.  (ECF No. 12.)  The Court expressly directed the parties not to file their motion papers until the motion was fully briefed on the reply date, *i.e.*, September 1, 2021.  Subsequently, after Plaintiffs requested an extension, the Court entered an order extending the briefing schedule by one-month – *i.e.*, moving papers to be served (not filed) on July 19, 2021, opposition papers to be served (not filed) on September 2, 2021, reply papers to be served on October 1, 2021, and all motion papers to be filed on October 1, 2021.  (ECF No. 15.)  Again the Court expressly directed the parties not to file their motion papers until the motion was fully briefed on the reply date, *i.e.*, October 1, 2021.  Despite repeated admonitions not to file motion papers prior to the reply date, Plaintiffs elected to file their moving papers in support of their motion for summary judgment on July 16, 2021.  (*See* ECF Nos. 17-20.)

Plaintiffs' motion for summary judgment (ECF No. 17) is DENIED without prejudice for failure to comply with the Court's briefing schedule.  Plaintiffs are directed to re-file the motion once it is fully briefed on October 1, 2021.  Plaintiffs are further directed to carefully consult this Court's previous memorandum endorsements (ECF Nos. 12 & 15) and to comply with its directions, including with respect to the provision of courtesy copies.  The Clerk of the Court is kindly directed to terminate the motion at ECF No. 17.

Dated: July 21, 2021
     White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge