**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
W.R. and A.R., on behalf of N.R.,

                     Plaintiff,

       -against-                                 21 **CIVIL** 883 (NSR)

                                                   **JUDGMENT**

KATONAH LEWISBORO UNION FREE
SCHOOL DISTRICT,

                     Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated December 7, 2022, Plaintiffs' motion for summary

judgment is DENIED. Defendant's cross-motion for summary judgment is GRANTED.

Judgment is entered in favor of the Defendant; accordingly, the case is closed.

**Dated:**  New York, New York

      December 8, 2022

                                       **RUBY J. KRAJICK**

                              _____
                                     **Clerk of Court**

       **BY:**         K. mango

                                     _____
                                     **Deputy Clerk**